TAGGART, ADMR., APPELLEE, *v.* BITZENHOFER ET AL.,
APPELLANTS.
HAYES ET AL., APPELLEES, *v.* BITZENHOFER ET AL.,
APPELLANTS.

(Nos. 72-339 and 72-340—Decided March 21, 1973.)

36

*Messrs. Bauer, Morelli & Heyd* and *Mr. Charles G. Heyd,* for appellees.

*Messrs. Lindhorst & Dreidame, Mr. James L. O'Connell, Messrs. Freiden, Hoy & Barstow* and *Mr. Eugene C. Barstow,* for appellants.

*Per Curiam.* Upon the basis of *Mason* v. *Roberts* (1973), 33 Ohio St. 2d 29, the judgments of the Court of Appeals are affirmed.

*Judgments affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and GRAY, JJ., concur.

GRAY, J., of the Fourth Appellate District, sitting for P. BROWN, J.